### CHAPMAN v. GRIFFIN.

ACTION upon the covenants in a deed; declaring, that the defendant by deed dated the 8th of December A. D. 1789, bargained and sold to him forty acres of land, particularly bounded and described in said deed, and covenanted that he was well seized of said forty acres, etc. when in fact, at the date and execution of said deed, he was not seized of more than thirty-five acres within said bounds, etc. To his damage £10.

On motion the cause was dismissed from the docket as not being appealable; the damages being the only matter in dis-

pute, no question could arise about the title to said land, only an inquiry whether there were forty acres or thirty-five, within the bounds described in the deed.